UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**MARLYNX INVESTMENTS, LLC,**
a Michigan limited liability company,

                Plaintiff,

v

**PLASTICS RECOVERY SYSTEMS INTERNATIONAL, INCORPORATED**, a Michigan corporation, **RAYMOND V. MICHAEL, SUZANNE MICHAEL, STANLEY J. TARGOSZ, JR., SURE-WELD AND PLATING RACK COMPANY**, a Michigan corporation, d/b/a Semco, Inc. and d/b/a Sure-Weld Engineering and Manufacturing Company, **SEMCO, INC.**, a Michigan corporation, **MONTIE TARGOSZ, LLC**, a Michigan limited liability company, **GLOBAL PLASTICS RECOVERY INCORPORATED**, a Michigan corporation and **GLOBAL PLASTICS RECOVERY PROCESSING I, LLC**, a Michigan limited liability company, jointly and severally,

                Defendants.
_____/

Case No. 2:07-cv-12296
Hon. Bernard A. Friedman
Magistrate Judge R. Steven Whalen

**CLERK'S ENTRY OF DEFAULT JUDGMENT AGAINST DEFENDANTS RAYMOND V. MICHAEL & SUZANNE MICHAEL**

**FILED**
FEB 16 2010
CLERK'S OFFICE
U.S. DISTRICT COURT
ANN ARBOR, MI

    The defaults of defendants Raymond V. Michael and Suzanne Michael have been entered by the Clerk and the required affidavit has been filed. Plaintiff's 2nd Amended Complaint requests entry of judgment against the defaulted defendants for a sum certain in the amount of $200,000 plus contract interest of 24% per annum.

    Now therefore, pursuant to FRCivP 54 judgment is entered in favor of plaintiff, Marlynx Investments, LLC, against defendants Raymond V. Michael and Suzanne Michael, jointly and severally, in the sum of $200,000.00 together with contract interest

to the date of judgment in the amount of $192,000.00 and costs to be taxed for a total judgment of $392,000.00.

*[signature]*
Clerk of the Court

Respectfully submitted,

/s/ Stephen M. Landau

Stephen M. Landau   P16383
STEPHEN M. LANDAU, P.C.
For Plaintiff
30100 Telegraph Road, Suite 428
Bingham Farms, MI 48025-4564
☎248.358.0870
sml@slandau.com