6UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**MARLYNX INVESTMENTS, LLC,**
a Michigan limited liability company,

              Plaintiff,

v

**PLASTICS RECOVERY SYSTEMS INTERNATIONAL, INCORPORATED**, a Michigan corporation, **RAYMOND V. MICHAEL, SUZANNE MICHAEL, STANLEY J. TARGOSZ, JR., SURE-WELD AND PLATING RACK COMPANY**, a Michigan corporation, d/b/a Semco, Inc. and d/b/a Sure-Weld Engineering and Manufacturing Company, **SEMCO, INC.**, a Michigan corporation, **MONTIE TARGOSZ, LLC**, a Michigan limited liability company, **GLOBAL PLASTICS RECOVERY INCORPORATED**, a Michigan corporation and **GLOBAL PLASTICS RECOVERY PROCESSING I, LLC**, a Michigan limited liability company, jointly and severally,

              Defendants.
_____/

Case No. 2:07-cv-12296
Hon. Bernard A. Friedman
Magistrate Judge R. Steven Whalen

**JUDGMENT**

At a session of said Court held
on   SEP - 8 2010  

**PRESENT: HONORABLE BERNARD A. FRIEDMAN**

The parties have stipulated to the entry of this Judgment. Accordingly,

**IT IS ORDERED** that judgment is entered in favor of plaintiff Marlynx Investments, LLC, against defendant Plastics Recovery Systems International, Incorporated, a Michigan corporation, in the sum of $200,000.00, together with contract

interest to February 16, 2010, in the amount of $192,000.00, for a total judgment of $392,000.00, together with statutory interest at the Michigan judgment interest rate from February 16, 2010, until fully paid and satisfied. The provisions of this paragraph are independent of the judgment set forth in the following paragraph and partial or full satisfaction of the judgment contained in this paragraph shall not be a credit against any amounts due or owing pursuant to the following paragraph.

**IT IS FURTHER ORDERED** that judgment is entered in favor of plaintiff Marlynx Investments, LLC against defendants Stanley J. Targosz, Jr., Sure-Weld and Plating Rack Company, a Michigan corporation, d/b/a Semco, Inc. and d/b/a Sure-Weld Engineering and Manufacturing Company, a Michigan corporation, Semco, Inc., a Michigan Corporation, Montie Targosz, LLC, a Michigan limited liability company, Global Plastics Recovery Incorporated, a Michigan corporation and Global Plastics Recovery Processing I, LLC, a Michigan limited liability company, jointly and severally, in the sum of $200,000,00, together with contract interest of $56,000.00, for a total judgment of $256,000.00, together with statutory interest at the Michigan judgment interest rate from September 8, 2010, until fully paid and satisfied.

**IT IS FURTHER ORDERED** that plaintiff shall forebear collection efforts against defendants Stanley J. Targosz, Jr., Sure-Weld and Plating Rack Company, Semco, Inc., Montie Targosz, LLC, Global Plastics Recovery Incorporated, and Global Plastics Recovery Processing I, LLC, in accordance with the following payment schedule, in breach of which plaintiff may exercise all rights of collection provided by law: Defendants Stanley J. Targosz, Jr., Sure-Weld and Plating Rack Company, Semco, Inc., Montie Targosz, LLC, Global Plastics Recovery Incorporated, and Global Plastics

Recovery Processing I, LLC, shall pay to plaintiff the sum of no less than $51,200.00, on or before February 15, 2011, the further sum of no less than $51,200.00, on or before August 15, 2011, and the balance in full with accrued interest on or before February 15, 2012. Payments shall be made to Marlynx Investments, LLC, only and shall be delivered to Stephen M. Landau, PC, at its then current address. There shall be a 30 day grace period for each payment. Failure to make any payment by the end of the grace period shall automatically accelerate the entire unpaid balance in full without further action by plaintiff or notice to defendants.

**IT IS FURTHER ORDERED** that as security, defendant Stanley J. Targosz, Jr. shall as soon as practicable assign to plaintiff the following life insurance policies together with their current cash surrender values:

$25,000 Midland National Life Insurance Company
Policy Number 1500986313 Issued July 16, 1983
Cash Surrender Value as of 7/15/09 $10,743.

$443,000 Conseco Life Insurance Company
Policy Number 010464277 Issued June 14, 1999
Cash Surrender Value $14,432.

$250,000 Jackson National Life Insurance Company
Policy Number 0606755800 Issued April 28, 1985
Cash Surrender Value as of 4/28/09 $29,709.

Stanley J. Targosz, Jr. shall have the right to use all or any portion of the foregoing cash surrender values for the sole purpose of making the first $51,200.00 payment required by the terms of this Judgment.

**IT IS FURTHER ORDERED** that in the event Stanley J. Targosz, Jr. fails to assign each such policy of insurance, a copy of this Judgment served on each insurance company shall act as such assignment. In the event defendants fail to timely make any payment required by this Judgment or in the event of the death of Stanley J.

Targosz, Jr. prior to payment in full as set forth above, plaintiff may recover the full amount then due and owing, together with its actual attorney fees and costs.

IT IS FURTHER ORDERED that to further guaranty payment this Court's preliminary injunction entered against defendant Stanley J. Targosz, Jr. et al., shall continue in full force and effect until such judgment is fully paid and satisfied.

IT IS FURTHER ORDERED that plaintiff may record this Judgment with the Wayne County, Michigan and Oakland County, Michigan registers of deeds.

IT IS FURTHER ORDERED that the Counter Complaint against plaintiff and the Third Party Complaint against Mark C. McQuiggan, M.D. are dismissed with prejudice and without costs.

_____
United States District Court Judge

SEP - 8 2010

I stipulate to entry of the above Judgment:

Stephen M. Landau   P16383
For Plaintiff

/s/ Edward S. Draugelis

Edward S. Draugelis
For All Defendants except Raymond & Suzanne Michael

Stanley J. Targosz, Jr., individually &
as president or managing member of

Sure-Weld and Plating Rack Company,
Semco, Inc.,
Montie Targosz, LLC,
Global Plastics Recovery Incorporated, and
Global Plastics Recovery Processing I, LLC,